# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.699.1194
www.kmllp.com

Of counsel
　Roger W. Kirby
　Alice McInerney

**VIA ELECTRONIC FILING**

December 6, 2013

1/2/14

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

　　　Re:　*In re: North Sea Crude Oil Futures Litig.*, Master File No.13-md-2475-ALC-SN
　　　　　*McDonnell, et al. v. BP PLC, et al.*, Case No. 13-cv-7089-ALC-SN;
　　　　　*Taylor v. Royal Dutch Shell PLC, et al.*, Case No. 13-cv-8179-ALC-SN

Dear Judge Netburn:

　　　On behalf of Plaintiffs in the above-referenced *McDonnell* and *Taylor* actions, we respectfully submit this letter motion in accordance with Rule III.c. of Your Honor's Individual Practices and Local Rule 7.1(d) to request oral argument on the Motion of Plaintiffs Kevin McDonnell, Anthony Insinga, Robert Michiels, John Devivo and Neil Taylor To Appoint Kirby McInerney LLP as Interim Lead Counsel (ECF Nos. 8-10, 20, 52).

The application is ___ granted.
　　　　　　　　　✓ denied.

_/s/ Andrew L. Carter Jr_
Andrew L. Carter Jr, U.S.D.J.　1/2/14
Dated:
　　NY, New York

Respectfully submitted,

_/s/ David E. Kovel_
David E. Kovel, Esq.
KIRBY McINERNEY LLP
825 Third Avenue
New York, New York 10022
Tel: (212) 371-6600
dkovel@kmllp.com

cc:　　All Counsel of Record (via ECF Notification)

NEW YORK　　　　CALIFORNIA