UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re: NORTH SEA BRENT CRUDE OIL :  1:13-md-02475 (ALC)
FUTURES LITIGATION     :
             :
This document applies to :   :  **RULE 7.1 DISCLOSURE**
ALL CASES       :  **<u>STATEMENT</u>**
             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel of record for defendant Hess Energy Trading Company, LLC ("HETCO"), a non-

governmental corporation, certifies that (i) Hess Corporation, a publicly held corporation owns

50% of the voting interest of HETCO.  No other publicly held corporation owns 10% or more of

the stock or voting interest of HETCO.

Dated: July 24, 2014
  New York, New York

       STROOCK & STROOCK & LAVAN LLP

       By:  <u>s/ Melvin A Brosterman</u>
          Melvin A. Brosterman

       180 Maiden Lane
       New York, New York 10038
       Tel: (212) 806-5400
       Fax: (212) 806-6006

       *Attorneys for Defendant Hess Energy Trading*
       *Company, LLC*